AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

SAMUEL H. VINTON, JR.
DOB:
PDID
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __SEPTEMBER 11, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of Ecstasy, a Schedule I controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER WILLIAM ALTON__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes  ☐ No

Signature of Complainant
**OFFICER WILLIAM ALTON**
**UNITED STATES PARK POLICE**

Sworn to before me and subscribed in my presence,

_____ at  Washington, D.C.
Date                      City and State

_____      _____
Name & Title of Judicial Officer   Signature of Judicial Officer

## STATEMENT OF FACTS

On Saturday, September 9, 2006, at about 9:08 p.m., officers with the United States Park Police conducted a traffic stop in the 3300 block of F Street, S.E., Washington, D.C. for possible tint violation. While talking with the driver, Samuel Vinton, the officer saw a wooden L-7 handled knife laying on the back seat of the car in plain view. Further search of the car revealed 2 cans of pepper spray in the center console, a butterfly knife under the front passenger side floor mat, and a black Wagner Swiss Army briefcase on the passenger side rear seat. When officers asked the defendant about the briefcase, he stated that he did not know who it belonged to or what was in it. Officers placed the defendant under arrest. A search of the briefcase revealed a loaded Norinco .45 caliber handgun, 2 plastic bags containing 50 blue tablets of suspected ecstasy, a plastic bag containing 50 yellow tablets of suspected ecstasy, a white plastic container with 41 yellow tablets of suspected ecstasy, and a brown plastic container with 52 blue tablets of suspected ecstasy. The total number of suspected ecstasy tablets recovered was 243 tablets, which is an amount commonly indicative of distribution rather than used exclusively by the defendant. The estimated street value of the suspected ecstasy tablets is $4,860.00.

_____
OFFICER WILLIAM ALTON
UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF SEPTEMBER, 2006.

_____
U.S. MAGISTRATE JUDGE