UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO.  06-0394M-01 (CR) |
| **SAMUEL H. VINTON,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Ecstasy); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about September 9, 2006, within the District of Columbia, **SAMUEL H. VINTON**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of Ecstacy, a Schedule I controlled substance.

(**Unlawful Possession With Intent to Distribute Ecstasy**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

**COUNT TWO**

On or about September 9, 2006, within the District of Columbia, **SAMUEL H. VINTON**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is,

Count One of this Indictment which is incorporated herein, a firearm, that is, a Norinco .45 caliber semi-automatic pistol.

>    (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia