UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-298** |
| | : | |
| v. | : | |
| | : | |
| **SAMUEL H. VINTON** | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Perham Gorji at telephone number 202-353-8822 and/or email address Perham.Gorji.@usdoj.gov  Perham Gorji  will substitute for Assistant United States Attorney Angela George as counsel for the United States.

        Respectfully submitted,

        KENNETH L. WAINSTEIN.
        United States Attorney


        _____
        Perham Gorji
        Assistant United States Attorney
        Federal Major Crimes,
        Delaware Bar No. 3737
        555 4th Street, NW,  Room 4233
        Washington, DC 20530
        202-353-8822