UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR 06-298 |
| SAMUEL H. VINTON | : | |

MOTION FOR AUTHORIZATION TO LEAVE DISTRICT OF COLUMBIA AREA
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

     Mr. Samuel H. Vinton, the defendant, through undersigned counsel, respectfully moves this Honorable Court for authorization to leave the District of Columbia area for one day from Sunday, October 29, 2006, at 5 a.m. to Monday, October 30, 2006, at approximately 1:00 a.m.  In support of this motion, counsel states:

     1.  Mr. Vinton is charged in a two count indictment with unlawful possession with intent to distribute ecstasy and possession of a firearm during a drug trafficking offense.

     2.  On December 18, 2006, the Honorable John M. Facciola released Mr. Vinton on the condition that he participate in the Pretrial Services Agency's High Intensity Supervision Program.

     3.  Mr. Vinton is a member of the Vision of Hope Baptist Church.  He sings and plays the organ for the church choir.  Each year, members of the church travel to New York City to participate in services held at the second Prince of Peace Baptist Church.  This year, the trip is scheduled for October 29, 2006.  With the Court's permission, Mr. Vinton wishes to participate in this trip.

     4.  Undersigned counsel spoke with Mr. Vinton's Pretrial Services officer, Eric Mitchell, who represented that the policy of the Pretrial Service's Agency is to not take any position on

requests such Mr. Vinton's request and to defer to the Court. Mr. Mitchell also represented that since his last court appearance, Mr. Vinton is in full compliance with his conditions of release.

5. Counsel was unable to reach government counsel to obtain the government's position on this motion.

WHEREFORE, for the foregoing reasons, Mr. Vinton respectfully moves this Honorable Court to sign the attached proposed order, authorizing him to leave the District of Columbia area for the purpose of participating in the one-day trip to New York with his church.

> Respectfully submitted,
>
> /s/
> _____
> Mary Manning Petras
> Assistant Federal Public Defender
> 625 Indiana Avenue, N.W.
> Suite 550
> Washington, D.C. 20004
> (202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CR 06-298 |
| **SAMUEL H. VINTON** | : | |

**ORDER**

Upon consideration of defendant's Motion for Authorization to Leave the District of Columbia and finding good cause shown, it is this __ day of October, 2006, hereby

ORDERED that the defendant, Samuel H. Vinton, is authorized to leave the District of Columbia area from October 29, 2006, at approximately 5:00 a.m. to October 30, 2006, at approximately 1:00 a.m., for the purpose of participating in his church's trip to New York City.

_____
The Honorable Gladys Kessler