UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| | : | |
| v. | : | Criminal No. 06-298 (GK) |
| | : | |
| SAMUEL H. VINTON, | : | |
| | : | |
| Defendant. | : | |

# ORDER

Upon consideration of Defendant's Motion for Authorization to Leave the District of Columbia, it is this 19th day of October, 2006, hereby

**ORDERED**, that, in light of the Defendant testing positive for drugs and the serious nature of the charge, the Motion is **denied**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**