UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CR 06-298 |
| **SAMUEL H. VINTON** | : | |

MOTION TO RECONSIDER
MOTION FOR AUTHORIZATION TO LEAVE DISTRICT OF COLUMBIA AREA
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

      Mr. Samuel H. Vinton, the defendant, through undersigned counsel, respectfully moves this Honorable Court to reconsider his motion for authorization to leave the District of Columbia area for one day from Sunday, October 29, 2006, at 5 a.m. to Monday, October 30, 2006, at approximately 1:00 a.m. In support of this request, counsel submits the attached letter from Reverend H. Vereen Hardy.

      Respectfully submitted,

      /s/
_____
Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

# VISION OF HOPE BAPTIST CHURCH

3214-3216 D Street, Southeast
Washington, DC 20019
REV. H. VEREEN HARDY, Founder and Pastor
Telephone: (202) 575-4809
Email: VOHBC773@aol.com

Rev. Samuel Hardy,
Co-Pastor

Rev. Doretha Pickett,
Assistant Pastor

Rev. Toni Woods,
Associate Pastor

Sis. Gloria Harris,
Director, Board of Directors

Bro. Tracey Cunningham,
Chairman, Deacon Board

Sis. Clara G. Faulk,
Chairperson, Trustee Board

Sis. Deloris Massey,
Church Clerk

Sis. Dorothy Vinton,
Correspondence Secretary

October 22, 2006

Dear Judge Kessler,

Every last Sunday in October, our congregation has been worshipping with 2nd Prince of Peace Baptist Church, 464 E 183rd Street for 11:00 A.M. service and Outreach Baptist Church, 2911 Pauling Avenue at 3:30 P.M. both in Bronx, New York for more than 25 years. We would deeply appreciate it if you would kindly allow Samuel Vinton to accompany us on Sunday, October 29, 2006, because he has never missed a time going with us. We desperately need him to beat the drums, play the organ and also help with the choir. Without Samuel, there will be a void in the service and a burden on my shoulders. Please help!!

If any further information is needed, kindly call me at any time.

Sincerely,

Rev. H. Vereen Hardy,
Founder and Pastor