UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAMUEL H. VINTON ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL Action No. 06-298 (GK) |

## ORDER

Upon consideration of Defendant's Motion to Reconsider the Court's Order denying him leave to leave the District of Columbia, it is this 24th day of October 2006 hereby

**ORDERED** that the motion is **DENIED.**

/s/ Rosemary M Collyer
for
GLADYS KESSLER
United States District Judge