IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Cr No: 06-298** |
| **V.** | : | |
| | : | |
| **SAMUEL VINTON** | : | |

## LINE ENTERING APPEARANCE

_____Please enter the appearance of attorney Nikki Lotze as private counsel for the Defendant in the above captioned case.

Respectfully submitted,

_____/s/_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Ave. #202
Riverdale, MD 20737
(301) 699-0764

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing line has been served by mail to, AUSA, 555 Fourth Street, NW, Washington, DC 20530 on this 1st day of November 2006.

_____/s/_____
Nikki Lotze