UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-298 (GK) |
| | : | |
| v | : | |
| | : | |
| SAMUEL H. VINTON, JR. | : | |
| | : | |

GOVERNMENT'S MOTION FOR LEAVE TO LATE FILE
ITS RESPONSE TO DEFENDANT'S MOTION
TO SUPPRESS TANGIBLE EVIDENCE AND
<u>MOTION TO SUPPRESS STATEMENTS</u>

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court pursuant to Fed. R. Crim. P. 45(b)(1)(B) to permit the Government to file its responsive pleading to Defendant's Motion to Suppress Tangible Evidence and Motion to Suppress Statements, time for filing having expired. As grounds for this motion, the government states as follows:

1. The Court issued a Motions Scheduling Order on November 17, 2007, directing the Defendant to file his motions no later than November 24, 2007, the Government to file its responses no later than December 4, 2006, and the Defendant to file his replies no later than February 9, 2007, the date of the motions hearing.

2. Thereafter, on November 20, 2007, the undersigned entered a Notice of Substitution of Counsel in this case. On November 27, 2007, Defendant filed his Motion to Suppress Tangible Evidence and Motion to Suppress Statements.

3. Undersigned counsel recently transferred from another assignment to her present assignment in which she represents the government in this case. Due to the press of other

1

obligations, including administrative responsibilities, counsel's court schedule, and brief absences from the office, counsel was unable to meet with officers involved in this case in order to prepare the government's responsive pleading by December 4, 2006.

4. Counsel has arranged to meet with law enforcement on December 21, 2006 after which she will be prepared to make representations concerning the facts of this case in the government's response to the Defendant's motion. The government's pleading can be filed on or before the close of business on December 28, 2006, giving defense counsel adequate time to file a reply to the government's pleading by February 9, 2007 should she wish to do so. Accordingly, the defendant would not be prejudiced by the government's late filing its responsive pleading in this case.

5. Undersigned counsel is authorized to represent that defense counsel, Niki Lotze, Esquire, does not oppose this motion.

WHEREFORE, for the reasons stated above, the United States respectfully requests that the Government's Motion for Leave to Late File be granted and that the Court permit the Government to file its responsive pleading by close of business on December 28, 2006.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney
    D.C. Bar No. 498610

    _____
    PRECIOUS MURCHISON
    Assistant United States Attorney
    Maryland Bar
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    (202) 307-6080
    Precious.Murchison@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-298 (GK)** |
| | : | |
| v | : | |
| | : | |
| **SAMUEL H. VINTON, JR.** | : | |
| | : | |

## O R D E R

UPON CONSIDERATION of the Government's Unopposed Motion For Leave to File Its Response to Defendant's Motions to Suppress Tangible Evidence and to Suppress Statements, Time for Filing Having Expired, and the record herein, the Court finding that the Government's failure to file responsive pleadings within the time period directed by the Court, was because of excusable neglect on the part of the Government, , for the reasons set forth in the Government's motion and for good cause shown, it is

ORDERED, that the Government's Motion is granted, and it is

FURTHER ORDERED, that the Government's responsive pleadings be filed on or before December 28, 2006.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE