UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 06-298 (GK) |
| v | : | |
| **SAMUEL H. VINTON, JR.** | : | |

**FILED**

DEC 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### O R D E R

UPON CONSIDERATION of the Government's Unopposed Motion For Leave to File Its Response to Defendant's Motions to Suppress Tangible Evidence and to Suppress Statements, Time for Filing Having Expired, and the record herein, the Court finding that the Government's failure to file responsive pleadings within the time period directed by the Court, was because of excusable neglect on the part of the Government, , for the reasons set forth in the Government's motion and for good cause shown, it is

ORDERED, that the Government's Motion is granted, and it is

FURTHER ORDERED, that the Government's responsive pleadings be filed on or before December 28, 2006.

Dec. 20, 2006

/s/ Gladys Kessler
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE