UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-298 (GK) |
| | : | |
| SAMUEL VINTON | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## NOTICE OF FILING

The government requests that the attached discovery letter, dated January 11, 2007, without attachments, be made part of the record in this case.

                                          Respectfully submitted,

                                          JEFFREY A. TAYLOR
                                          United States Attorney
                                          DC Bar No. 498610

By:       /s/_____
              Precious Murchison
              Assistant United States Attorney
              Maryland Bar
              U.S. Attorney's Office
              555 4th Street, N.W., Rm. 4840
              Washington, D.C. 20530
              (202) 307-6080

## Certificate of Service

    I hereby certify that a copy of the discovery letter dated January 11, 2007, with enclosures, was served by first class mail to counsel for the defendant, Nikki Lotze, Esquire, Robert & Wood, Berkshire Building, 6801 Kenilworth Avenue, Riverdale, Maryland, 20737, this __12th___ day of January, 2007.

                                          _____
                                          Assistant United States Attorney



**U.S. Department of Justice**

United States Attorney

*District of Columbia*

*Judiciary Center*

*555 Fourth St. N.W.*
*Washington, D.C. 20001*

January 11, 2007

Nikki U. Lotze, Esq.
Roberts & Wood
Berkshire Building
6801 Kenilworth Avenue
Riverdale, MD 20737

      Re:  <u>United States v. Samuel Vinton</u>
          Case No. 06-298 (GK)

Dear Ms. Lotze:

  I am writing in response to your request for discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and to supplement my letter dated December 18, 2006. I am also writing to provide you with specific 404(b) evidence.

  In our letter dated October 12, 2006, we indicated that the government may seek to admit evidence pursuant to FRE 404(b). Please be advised that the government will seek to introduce evidence that on or about August 30, 1999, at approximately 3:45 a.m. in the 2700 block of Lorring Drive in Forestville, Maryland police recovered a rifle and shell casings from the car your client was driving, as well as a six-inch knuckle knife from your client. Your client was arrested and provided a written statement to police officers in connection with this offense. The government will seek to admit evidence of this incident pursuant to FRE 404(b) at trial.

  Copies of the following documents related to this uncharged misconduct are enclosed with this letter:

  1.  2 pages of color photos
  2.  P.G. County Incident Report (3 pages)
  3.  P.G. County Arrest Record (2 pages)
  4.  Advice of Rights and Waiver Form
  5.  P.G. County Police Property Record (3 pages)
  6.  P.G. County Police Impound Notification
  7.  MILES NLETS Response
  8.  Your client's written statement dated August 31, 1999
  9.  Citation
  10.  Form DC/CR (2 pages)

      11.      Form DC/CR 4

Additionally, the Firearms Trace Summary Sheet dated October 11, 2006 which is related to the charged offense is enclosed with this letter.

The government is unaware of any <u>Brady</u> or <u>Giglio</u> information, but is aware of its continuing duty to disclose such information should it become known. <u>Lewis</u> information for the government's witnesses will be provided to you at the time of trial.

If you have any questions about the information provided above, you may contact me by telephone, fax, mail, or e-mail.

    Precious Murchison
    Office of the United States Attorney
    Federal Major Crimes Section
    Room 4840
    555 Fourth Street, N.W.
    Washington, D.C.  20530

    Office:    202-307-6080
    Fax:    202-514-6010
    E-mail:    Precious.Murchison@usdoj.gov

    Sincerely,

    JEFFREY A. TAYLOR
    United States Attorney

By:

    PRECIOUS MURCHISON
    Assistant United States Attorney

cc: District Court Case File (without attachments)