UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 06-298 (GK) |
| SAMUEL VINTON, | : |
| Defendant. | : |

FILED
FEB 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

There are four motions pending before the court. Upon consideration of the Motions, Oppositions, Replies, evidence taken in open court on February 9, 2007, and the applicable case law, the Court concludes that Defendant's Motions to Suppress Tangible Evidence and Suppress Statements shall be **denied**, the Government's Motion to Impeach the Defendant with Prior Bad Acts shall be **granted**, and the Government's Motion in Limine to Admit Fed. R. Evid. 404(b) Testimony shall be **denied**, as fully explained in the accompanying Memorandum Opinion.

February /2, 2007

Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**