UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :
                                   :
v.                                 :     Criminal No. 06-298 (GK)
                                   :
SAMUEL VINTON,                     :
                                   :
        Defendant.                 :

## ORDER

On February 12, 2007, this Court granted the Government's Motion to impeach the Defendant with his prior conviction for carrying a concealed dangerous weapon, pursuant to Fed. R. Evid. 609. At that time, the Court was under the erroneous impression that no opposition had been filed to the Motion. Upon considering the opposition, which was filed timely, the Court reconsiders and concludes that the Government's Motion must be **denied**.

In his Opposition, Defendant points out that the prior conviction which the Government wishes to use for impeachment purposes is a misdemeanor, not a felony. Rule 609(a) provides that impeachment of a defendant may be allowed only with felonies whose probative value outweighs their prejudicial effect. Since the conviction in question is a felony, the Government's Motion fails to satisfy the first requirement of Fed. R. Evid. 609(a).

In addition, Rule 609(a) requires that the conviction being used for impeachment purposes involve "dishonesty or false statements." To this Court's knowledge, there is no case law in this jurisdiction holding that marijuana or gun possession are crimes of dishonesty or false statement, whereas the Ninth Circuit has so held. See Medrano v. City of Los Angeles, 973 F.2d 1499, 1507 (9th Cir. 1992).

Finally, it is noted that the Government filed no reply to Defendant's Opposition and therefore did not answer any of the arguments raised in that Opposition.

**WHEREFORE**, it is this 16th day of February, 2007, hereby

**ORDERED**, that the Government's Motion to Impeach Defendant with Prior Convictions is **denied**.

/s/ Gladys Kessler
Gladys Kessler
United States District Judge