IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | 06-cr-298 (GK) |
| SAMUEL VINTON | : | |

DEFENDANT'S UNOPPOSED MOTION for
TEMPORARY MODIFICATION OF BOND

Samuel Vinton, through undersigned counsel, respectfully moves this Court to permit Mr. Vinton to travel out of the D.C. area from July 30 - August 5, 2007.[1]  In support of this motion, counsel states the following:

1. Mr. Vinton is before the Court charged with possession with intent to distribute ecstasy, and possession of a firearm during drug trafficking.

2. In light of his perfect compliance with more stringent supervision, on November 17, 2006, the Court placed Mr. Vinton on personal recognizance with the standard provision that Mr. Vinton is to "stay within the D.C. area."

3. Although this provision is not monitored for compliance, Mr. Vinton wants to ensure his continued perfect compliance with the Court's release Orders.

4. Counsel spoke with assigned AUSA Precious Murchison, who represents that the government does not oppose this motion.

CONCLUSION

Therefore, Mr. Vinton respectfully asks that the Court sign the attached Order authorizing his travel away from the D.C. area from July 30 - August 5, 2007.

---

[1] Mr. Vinton wants to travel to Las Vegas, Nevada, for the week of July 30, 2007.

Respectfully submitted,

_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing bond review motion has been sent by mail, on this _____ day of July, 2007, to:

AUSA Precious Murchison
Office of the United States Attorney
USDC Trial Division
555 Fourth Street, NW
Washington, D.C. 20530

_____
Nikki Lotze

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | 1:06-cr-31 (JR) |
| **MAHNDEL A. GREEN** | : | |

### PROPOSED ORDER

UPON CONSIDERATION of the Defendant's Bond Review Motion, it is this

_____ day of _____ 2006, hereby

ORDERED that the motion is granted, and Mr. Green is to be released to the high intensity supervision program pending trial.

_____
JUDGE

cc:   Nikki Lotze
      Roberts & Wood
      6801 Kenilworth Avenue
      Suite 202
      Riverdale, MD 20737

      AUSA Denise Clark
      Office of the United States Attorney
      555 4th Street NW
      Washington, D.C. 20530