IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | : |
| v. | :  06-cr-298 (GK) |
| | : |
| SAMUEL VINTON | : |

ORDER

UPON CONSIDERATION of the Defendant's Motion for Temporary Modification of Bond, it is this 19th day of July 2007, hereby

ORDERED that the motion is granted, and Mr. Vinton is permitted to travel to Las Vegas, Nevada, from July 30 - August 5, 2007.

Gladys Kessler
JUDGE

cc:

Nikki Lotze
Roberts & Wood
6801 Kenilworth Ave. #202
Riverdale, MD 20737

AUSA Precious Murchison
United States Attorney's Office
555 4th Street NW
Washington, D.C. 20001