UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-298 (GK) |
| | : | |
| v | : | |
| | : | |
| SAMUEL H. VINTON, JR. | : | |
| | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court pursuant to Fed. R. Crim. P. 45(b)(1)(A) for an enlargement of time in which to file a motion in limine in this case. As grounds for this motion, the government states as follows:

1. The Court issued a Motions Scheduling Order on February 14, 2007, directing the parties to file any motions in limine no later than July 20, 2007, and responses no later than July 31, 2007.

2. Due to the press of other obligations, including administrative responsibilities, counsel's court schedule, and personal matters, undersigned counsel was unable to prepare the government's motion in limine by July 20, 2007.

4. Undersigned counsel has informed counsel for the Defendant that the government anticipates filing a motion in limine, and undersigned counsel described the type of motion in limine the government intends to file. The government's motion in limine can be filed no later than July 23, 2007, one business day after it was originally due. Accordingly, the Defendant would not be prejudiced by the Government's late filing its motion in limine in this case.

5. Undersigned counsel is authorized to represent that defense counsel, Nikki Lotze, Esquire, does not oppose this motion.

WHEREFORE, for the reasons stated above, the United States respectfully requests that the Government's Motion for Enlargement of Time be granted and that the Court permit the Government to file its motion in limine by close of business on July 23, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

_____/s/_____
PRECIOUS MURCHISON
Assistant United States Attorney
Maryland Bar
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-6080
Precious.Murchison@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Government's Motion for Enlargement of Time has served by facsimile, facsimile number 301-699-8706, to counsel for Samuel H. Vinton, Jr., Nikki U. Lotze, this 20th day of July 2007.

_____/s/_____
PRECIOUS MURCHISON
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-298 (GK)** |
| | : | |
| v | : | |
| | : | |
| **SAMUEL H. VINTON, JR.** | : | |
| | : | |

## ORDER

UPON CONSIDERATION of the Government's Unopposed Motion For Enlargement of Time, and the record herein, the Court for the reasons set forth in the Government's motion, and for good cause shown, it is

ORDERED, that the Government's Motion is granted, and it is

FURTHER ORDERED, that the Government's Motion in Limine be filed no later than July 23, 2007

_____   _____
DATE                     GLADYS KESSLER
                         UNITED STATES DISTRICT JUDGE