UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-298 (GK) |
|---|---|---|
| v | : | |
| SAMUEL H. VINTON, JR. | : | |

## ORDER

UPON CONSIDERATION of the Government's Unopposed Motion For Enlargement of Time, and the record herein, the Court for the reasons set forth in the Government's motion, and for good cause shown, it is

ORDERED, that the Government's Motion is granted, and it is

FURTHER ORDERED, that the Government's Motion in Limine be filed no later than July 23, 2007

July 23, 2007
DATE

GLADYS KESSLER
UNITED STATES DISTRICT JUDGE