UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 06-298 (GK) |
| v : | |
| : | Trial: August 20, 2007 |
| SAMUEL H. VINTON, JR. : | |
| : | |

**ORDER**

FILED
JUL 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the Defendant's Motion for Reconsideration filed February 15, 2007, the government's Opposition thereto, and the entire record herein, it is this 26th day of July, 2007, hereby

OR*D*ERED, that the Defendant's motion is hereby **DENIED**.

Date: July 26 2007

Gladys Kessler
United States District Judge

cc:

Precious Murchison
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Nikki U. Lotze, Esq.
Roberts & Wood
Berkshire Building
6801 Kenilworth Avenue
Riverdale, MD 20737