UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-298 (GK)** |
| | : | |
| v. | : | |
| | : | Trial: August 20, 2007 |
| **SAMUEL VINTON,** | : | |
| | : | |
| **Defendant.** | : | |

### DECLARATION AND CERTIFICATION OF RECORDS COPIES

I, the duly authorized Custodian of the Records of the District of Columbia Department of Motor Vehicles, 95 M Street, S.E., Suite 306, Washington, D.C. (hereafter referred to as "the business") hereby certify that the record(s) enclosed herewith is a true and correct copy of the record(s) subpoenaed in the above-captioned case of <u>United States v. Samuel Vinton</u>, 06-298(GK).

The enclosed record(s) was prepared in the ordinary course of our business by employees of this business, at or near the time of the acts, conditions or events recorded therein, who have a business duty to be accurate and truthful in creating these records. The records are relied upon in the conduct of our business.

The enclosed __3__ page(s) is a copy of the original of such record(s), and no other documents relating to the records requested in this action can be found or are available, after due search.

I declare under penalty of perjury that I am a United States Citizen, over 18 years of age, and that the foregoing is true and correct.

\* \* \* \* \*

Executed, this 24th day of July, 2007, in _____.

CLAUDIA D. HUFFMAN
Printed Name

_____
Signature

Computer Specialist
Title

Sworn before me, this 24th day of July, 2007.

_____
Notary Public

David A. Foster
Notary of Public
District of Columbia
Commission Expires: May 14, 2011

---

Definitions of terms used above:
As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

2



# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Department Of Motor Vehicles
P.O. BOX 90120
WASHINGTON DC 20090-0120



### Registration Information Request
04-23-2007

**Tag Number:** CM0577  
**Registration Status:** ACTIVE  
**Registration Exp. Date:** 03-12-2008  
**Insurance Co.:** GEICO GENERAL INSURANCE CO

**VIN:** JN1CA31D31T816426  
**Year:** 2001  
**Make:** NISSAN  
**Model:** M20  
**Body Type:** SEDAN 4 DR

**Owner:** VINTON, SAMUEL HYNE

**Co-owner(s):**

**Registration Address:** 3216 D ST SE #3  
WASHINGTON, DC 20019

THIS IS AN OFFICIAL DOCUMENT OF THE DISTRICT OF COLUMBIA DEPARTMENT OF MOTOR VEHICLES, MAINTAINED UNDER A DUTY IMPOSED BY LAW. I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS A TRUE AND ACCURATE RECORD. I FURTHER CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS WITHIN MY CUSTODY AND CONTROL AND THAT I HAVE PERSONAL KNOWLEDGE OF THE INFORMATION CONTAINED WITHIN THIS DOCUMENT.

(SIGNATURE) / (TITLE)      4/23/7 (DATE)



THIS IS AN OFFICIAL DOCUMENT OF THE DISTRICT OF COLUMBIA DEPARTMENT OF MOTOR VEHICLES, MAINTAINED UNDER A DUTY IMPOSED BY LAW. I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS A TRUE AND ACCURATE RECORD. I FURTHER CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS WITHIN MY CUSTODY AND CONTROL AND THAT I HAVE PERSONAL KNOWLEDGE OF THE INFORMATION CONTAINED WITHIN THIS DOCUMENT.

_____  _____  7/24/7
(SIGNATURE)                (TITLE)          (DATE)

**DESTINY - Production - CLAUDIA HUFFMAN - M STREET**

File  Edit  Transaction  System Administration  Inventory  Revenue  Reports  Search  Window  Help

## VEHICLE REGISTRATION

VIN: JN1CA31D31T816426
Year/Make: 01  NISSAN     Model: M20     Type: SEDAN 4 DR

**Summary | Details | Vehicle Details**

### Current Registration
- Status: ACTIVE
- Tag Type: STANDARD
- Issue Date: 03-13-2007
- Tag Catg: PLEASURE TAGS
- Exp. Date: 03-12-2008
- Tag #: CM0577
- Reg. Term:
- Fleet #:
- Insp. Sticker:
- Renwl Sent: 00-00-0000
- Taxi #:

**Tag Source:** Inventory / Vanity / Low Tag

### Insurance Details
- Company: GEICO GENERAL INSUR. (35882)
- Policy #: 4034603250

### Inspection Details
- Test Date: 02-08-2006
- Exp. Date: 02-08-2008
- Renwl Sent: 00-00-0000

### Registered Owners
| Primary | Type | DLN/ID/FEIN | Name |
|---|---|---|---|
| ✓ | REGISTERED | 578153492 | VINTON, SAMUEL HYNE JR |

### Owner Address
3216 D ST SE #3
WASHINGTON DC 20019-2318

### Residential Parking Permit
Not Qualified For RPP

Effective Date: 03-13-2007   Status: Current   Transaction: 8365441   03-13-2007 12:12

Ready

start | 2 Internet Explorer | Inbox - Microsoft Out... | Internet Spades | DESTINY - Production... | 11:41 AM

---

THIS IS AN OFFICIAL DOCUMENT OF THE DISTRICT OF COLUMBIA DEPARTMENT OF MOTOR VEHICLES, MAINTAINED UNDER A DUTY IMPOSED BY LAW. I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS A TRUE AND ACCURATE RECORD. I FURTHER CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS WITHIN MY CUSTODY AND CONTROL AND THAT I HAVE PERSONAL KNOWLEDGE OF THE INFORMATION CONTAINED WITHIN THIS DOCUMENT.

_____  _____  7/24/7
        (SIGNATURE)           (TITLE)      (DATE)