| | Government X | United States v. Samuel Vinton | | | Criminal No. 06-298(GK) | |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|

| Exhibit No. | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent Into Jury (date & time) |
|---|---|---|---|---|---|
| | map of location/scene | | | | |
| | arrest photo of defendant | | | | |
| | photo of exterior of defendant's car | | | | |
| | photo of tint meter | | | | |
| | photo of inside back seat of defendant's car | | | | |
| | wooden-handle knife | | | | |
| | photo of inside front seat of defendant's car | | | | |
| | can of mace | | | | |
| | can of mace | | | | |
| | butterfly knife | | | | |
| | brief case | | | | |
| | photo of inside of brief case | | | | |
| | drugs in packaging | | | | |
| | photo of gun in brief case | | | | |

|  | no record of gun registration |  |  |  |  |
|--|--|--|--|--|--|
|  | no record of gun license |  |  |  |  |
|  | .45 caliber semi-automatic gun |  |  |  |  |
|  | ammunition |  |  |  |  |
|  | DMV records for defendant's car |  |  |  |  |
|  | lab report for drugs |  |  |  |  |
|  | lab report for drugs |  |  |  |  |
|  | certified conviction |  |  |  |  |