UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 06-298 (GK) |
| | : |
| v. | : Trial: August 20, 2007 |
| | : |
| SAMUEL VINTON, | : **FILED** |
| | : |
| Defendant. | : AUG 1 4 2007 |

ORDER   NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WHEREUPON, having considered Government's Motion in Limine to Exclude Evidence that a Third Party Committed the Charged Crimes, and the Opposition thereto, ~~if any, and the record herein~~, it is this 14th day of August, 2007, hereby

ORDERED, that the Government's Motion is hereby ~~GRANTED.~~ denied,

Date: Aug. 14, 2007

GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

cc:

Precious Murchison
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Nikki U. Lotze, Esq.
Roberts & Wood
Berkshire Building
6801 Kenilworth Avenue
Riverdale, MD 20737