IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | 06-298 (GK) |
| SAMUEL VINTON | : | |

<u>MOTION FOR TRANSFER TO C.T.F.</u>

Samuel Vinton, through undersigned counsel, respectfully moves this Court to order the Correctional Treatment Facility.  In support of this motion counsel states the following:

1. On August 23, 2007, following a jury's guilty verdict, this Honorable Court Ordered Mr. Vinton detained without bond.

2. Mr. Vinton asks that the Court Order him transferred to the Central Treatment Facility (C.T.F.).

3. The government, through assigned AUSA Precious Murchison, has no opposition to this motion.

WHEREFORE, counsel respectfully requests that the Court Order that Mr. Vinton be transferred to C.T.F. forthwith.

Respectfully submitted,

_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing motion has been served by facsimile and by mail, on this _____ day of August, 2007, to:

AUSA Precious Murchison
Office of the United States Attorney

                                                 _____
                                                 Nikki Lotze

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | 06-298 (GK) |
| **SAMUEL VINTON** | : | |

**PROPOSED ORDER**

UPON CONSIDERATION of the Defendant's Motion for Transfer to C.T.F., it is this

_____ day of _____ 2007, hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that inmate Samuel Vinton, (PDID #490-928; DOB 10/29/80) is to be moved to the D.C. Central Treatment Facility (C.T.F.) forthwith.

_____
JUDGE KESSLER

cc:   D.C. Jail Records Office

　　　Nikki Lotze
　　　Roberts & Wood
　　　6801 Kenilworth Avenue
　　　Suite 202
　　　Riverdale, MD 20737

　　　AUSA Precious Murchison
　　　Office of the United States Attorney
　　　555 4th Street NW
　　　Washington, D.C. 20530