IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES           :

v.                      :       06-298 (GK)

SAMUEL VINTON           :

PROPOSED ORDER

FILED
AUG 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UPON CONSIDERATION of the Defendant's Motion for Transfer to C.T.F., it is this 27th day of August 2007, hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that inmate Samuel Vinton, (PDID #490-928; DOB 10/29/80) is to be moved to the D.C. Central Treatment Facility (C.T.F.) forthwith.

_____
JUDGE KESSLER

cc:   D.C. Jail Records Office

      Nikki Lotze
      Roberts & Wood
      6801 Kenilworth Avenue
      Suite 202
      Riverdale, MD 20737

      AUSA Precious Murchison
      Office of the United States Attorney
      555 4th Street NW
      Washington, D.C. 20530