UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 06-298 (GK) |
| | : |
| SAMUEL VINTON, | : **FILED** |
| | : |
| Defendant. | : AUG 2 3 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTE FROM JURY

1) The jury is going to lunch at 11:45 am and come back at 1 pm. (If necessary)

2) Are we sitting on Friday to deliberate?

Ladies and Gentlemen,
We will not be sitting on Friday and you will not be deliberating.
Judge Kessler
8/23/07 — 12:45 pm.

Date: 8-23-07

Time: 11:31 am

Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      :
                               :
                               :
         v.                    :    Criminal No. 06-298 (GK)
                               :
SAMUEL VINTON,                 :    **FILED**
                               :
         Defendant.            :    AUG 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTE FROM JURY

Do you want all jury members to sign the verdict form?

Date: 8-23-07

Foreperson

Time: 3:40pm

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 06-298 (GK) |
| SAMUEL VINTON, | : |
| Defendant. | : |

## NOTE FROM JURY

Do you want all jury members to sign the verdict form?

Yes please.

Judge Kessler
Aug. 23, 2007 — 3:47 pm.

Date: 8-23-07

Foreperson

Time: 3:40 pm

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :
                                   :
                                   :
        v.                         :    Criminal No. 06-298 (GK)
                                   :
SAMUEL VINTON,                     :    **FILED**
                                   :
                                   :    AUG 2 3 2007
        Defendant.                 :
                                        NANCY MAYER WHITTINGTON, CLERK
                                            U.S. DISTRICT COURT

## NOTE FROM JURY

We, the jury, have reached a verdict.

Date: 8-23-07

Time: 3:55

Foreperson