UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 06-298 (GK) |
| | : |
| SAMUEL H. VINTON, | : |
| | : |
| Defendant. | : |

**FILED**

AUG 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## VERDICT FORM

WE, THE JURY, unanimously return the following unanimous verdict:

With respect to Count I, Unlawful Possession with Intent to Distribute Ecstacy, we the jury find Defendant Samuel H. Vinton:

_____ Not Guilty          \_\_✓\_\_ Guilty


With respect to Count II, Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense, we the jury find the Defendant Samuel H. Vinton:

_____ Not Guilty          \_\_✓\_\_ Guilty


_____
Foreperson