UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-298 (GK)** |
| | : | |
| v. | : | |
| | : | |
| **SAMUEL VINTON,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney David Saybolt, at telephone number (202) 307-6080 and/or email address david.saybolt@usdoj.gov . David Saybolt will substitute for Assistant United States Attorney Precious Murchison as counsel for the United States.

      Respectfully submitted,

      JEFFREY A. TAYLOR
      United States Attorney


      _____
      DAVID SAYBOLT
      Assistant United States Attorney
      Federal Major Crimes Section,
      555 4th Street, NW, Room 4840
      Washington, DC 20530
      (202) 307-6080
      David.Saybolt@usdoj.gov