## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA             :

            v.                              :       Cr. No: 06-CR-298 (GK)

SAMUEL VINTON                        :

### SENTENCING MEMORANDUM

Mr. Vinton is before the Court having been found guilty by a jury of possession with intent to distribute ecstasy, and possession of a firearm during a drug trafficking offense.  He will appear before the Court for sentencing on November 20, 2007.  I write to urge the Court to sentence Mr. Vinton to no more than the 60 months required by statute for the firearm offense.

The sentencing guidelines call for a sentence of 27-33 months for the ecstasy offense. However, Mr. Vinton is also eligible for a probationary sentence for this offense. *See* para 71, PSR.  Because Mr. Vinton enjoys an overwhelming amount of community support and because he is a person whose history and characteristics indicate that he is able to be a respectful and law abiding citizen, the Court should suspend any period of incarceration in favor of a sentence of probation on the ecstasy offense.

Attached for the Court's review are a vast number of letters[1] in support of Mr. Vinton written by fellow church-goers, friends, co-workers, and family.  The letters all speak to Mr. Vinton's good nature, responsibility, and dedication to church and family.  Perhaps even more importantly, the letters are written by hard-working people who are themselves law abiding and

---

[1]In addition, there is a video of the church choir, including Mr. Vinton, performing at the church.  Undersigned counsel has described the contents of the video for AUSA David Saybolt, who indicates that the government does not object to the Court being provided the only copy of the video.

dedicated to their families and church. These are the people who will support Mr. Vinton when he returns to the community. The support of such a large and well intentioned group of people should give the Court confidence in Mr. Vinton's ability to stay out of trouble when he returns to their care.

In addition, over the eleven months that this case was pending, the Court had many opportunities to observe Mr. Vinton and how he conducted himself while in the community. Where others might have done what they wanted and hoped not to have been caught, Mr. Vinton unfailingly sought permission from the Court if he wished to deviate in the slightest from his conditions of release. He always appeared in Court on time, and was respectful and well-mannered without fail.

Even officer William Alton, who arrested Mr. Vinton, testified that prior to being handcuffed and made to sit on the curb, Mr. Vinton was friendly, cooperative, and overall a "nice guy" (Motions hearing transcript at 45).

Moreover, Mr. Vinton is clearly a person who is not afraid of honest hard work. The presentence report contains more than two full pages detailing Mr. Vinton's confirmed employment, from 1997-2007, for jobs ranging from trash collector to Domino's Pizza delivery to car salesman at Eastern Motors. PSR pp. 9-11.

All of these characteristics should give the Court confidence that Mr. Vinton can succeed in the community. The strength of his community support should likewise give the Court confidence that Mr. Vinton can maintain a law abiding life with the support of those people who now know the temptations that Mr. Vinton will face. Mr. Vinton very much regrets

2

disappointing his supporters and feels strongly that when he is returned to the community, he will not disappoint them by being arrested ever again.

<div align="center">Conclusion</div>

For all of the foregoing reasons and such other reasons as may be discussed at the sentencing hearing in this matter, counsel asks that the Court place Mr. Vinton on probation for the ecstasy offense, and sentence Mr. Vinton to not more than 60 months for the firearm offense.

Respectfully submitted,

/s/

_____
Nikki Lotze
6801 Kenilworth Avenue
Suite 202
Riverdlae, MD 20737
(301) 699-0764

<div align="center">CERTIFICATE OF SERVICE</div>

I hereby certify that a copy of the foregoing Defendant's Sentencing Memorandum, has been delivered via facsimile and by mail, this _____ day of _____, 2007, to:

AUSA David Saybolt
Office of the States Attorney
555 Fourth Street, NW
Washington, D.C. 20530

_____
Nikki Lotze

November 4, 2007

The Honorable Judge Kessler

Dear Judge Kessler:

My name is Aaron R. Mansfield II. I am Samuel Vinton's closet friend. I have known him since the seventh grade. When I heard what happened to Samuel, I already knew this was some type of mistake!

Samuel has played the drums and organ and preached in the church every Sunday since we were young. He also was a member of the "High Energy Band." He was lead talker, back-up singer, and orchestrated most of the music. Samuel is musically talented and plays every instrument. Besides being multi-talented, he always kept two jobs, a car and an apartment. As the officer said, "He was highly respectful and responsible." Samuel and I also completed two CD's with positive music. We have performed in The District of Columbia, Maryland, Virginia, Atlanta, New York, and Miami.

We were raised in homes where religion was a priority. Samuel never used drugs and even had an altercation with people telling them not to sell drugs on the street near the church. Therefore, to believe he would sell drugs or carry a firearm sounds ridiculous when you are around him every day.

Samuel maintained employment at both Eastern Motors and Red Lobsters. Both jobs took up most of his time. When he had free time, he was in the studio. He has the biggest heart and lives an honest lifestyle. Everyone loves him are in disbelief over the situation.

I am losing a good friend and a business partner. Samuel is the hardest working and positive influences I have known. I have lost sleep, been upset and constantly pray for Samuel because I know he is innocent.

If you do not reverse your decision, I would plead to the court to grant him leniency. Samuel has not been in trouble with the law. He should have a second chance. Thank you for taking the time to read my letter.

Respectfully,

Aaron R. Mansfield II

Dear Judge Kessler,

I Gloria Harris, as a family and church member write this letter on the behalf of

Samuel Vinton Jr. in the matter of his impending sentencing. I have known Samuel

Vinton Jr. for 20 years as our families merged together due to marriage. Despite the

current circumstances, I believe that he is a productive citizen and an overall fine young

man. I have known him to have had gainful employment and have witnessed him serve

as a member of The Vision of Hope Baptist Church. There he is a musician and a loyal

member of the choir.

Judge Kessler, I ask you to consider this statement as you prepare to make the

sentence decision in this case. I ask that you extend mercy by sentencing him to

probation and or house arrest. I thank you in advance for your time and consideration.

Sincerely,

Gloria J. Harris
4018 Alabama Ave. S.E.
Washington, D.C. 20020
202 582-4214

I LaTasha Morgan, as a family friend and church member write this letter on the behalf of Samuel Vinton Jr. in the matter of his impending sentencing. I have known Samuel Vinton Jr. for 25 yeas, nearly all of his life and am like family due to my long time membership at The Vision of Hope Baptist Church spanning 25 years. I have watched him grow into a gifted and talented young man with the skills and abilities to sing and play several musical instruments to name a few. Despite the current situation, I believe that Samuel can be a productive citizen. He was raised with strong Christian values and beliefs and was actively serving as a member of The Vision of Hope Baptist Church. There he is a musician and a loyal member of the choir.

Judge Kessler, I ask you to consider this statement as you prepare to make the sentence decision in this case. I ask that you extend leniency by sentencing him to probation and or house arrest. I thank you in advance for your time and consideration.

Sincerely,

LaTasha L. Morgan
1561 42nd St. S.E.
Washington, D.C. 20020
202 581-2733

en ⚭ Marsh

ce decision in this case. I ask that you extend mer

Document 59-2          Filed

on and or house arrest so that he may flourish in

r time and consideration.

ly,

To: The Honorable Gladys Kessler,

I am writing this letter on behalf of a very good person, My friend Mr. Samuel Vinton. During the years of our acquaintance I've known him to be a very positive and spiritual young man. He is also a very talented and gifted young man. He ha a huge heart with much love for his family and friends.

Samuel has great determination in being successful in life. With all that said, I'm asking if you can take that into consideration as you make your decision. If you can give him a chance to prove to you, because you do hold his fate in your hands, that h is an outstanding person and would be one of those who does make a difference in our society.

Your Honor, I want to thank you very much for taking the time to read this letter and if you could PLEASE give Mr. Vinton every consideration possible as you decide his fate.

Respectfully yours,

MarReesha Hamilton

MarReesha Hamilton

To Judge Kessler

My name is Tarahn E. Bailey. This letter is in reference to a case for Samuel Vinton #311845. Whoever knows him to be the type of person he seem accused of.

I'm writing this letter as a plea for mercy as you reach his case. Samuel Vinton is a very close friend of mine and has been since 1995. He is like a brother to me and when we 1st met, I was headed down a wrong road and on a path to destruction. Since then Samuel and his family has had a tremendous influence in my life and in the summer of 2001, Samuel persuaded me to join the military. I served 3 years in 1 of the most decorated Infantry Battalions in the US Army and fought the war on terrorism Aug 2003 - Aug 2004.

Samuel and myself started a band in 1996, and the Whiskey Band has performed at numerous "STOP THE VIOLENCE" events and community activities in the Congress Heights and Anacostia area.

This is why I ask that you please give him a 2nd chance at society, so lighten his sentence. He can continue having a positive impact on my life and others he has touched.

OIF Disabled veteran
U.S. Army '01 - '04
SPC. TARAHN EARL BAILEY
Tarahn Bailey

I Robert Patterson am writing this letter on behalf of Samuel Vinton, in reference to his good character and him being the good person that he really is. I myself has known Sam for atleast 10 years your honor. I can honestly say the mistake that he has made is not the Sam that I've known. Your Honor. we all make mistakes in our lives, I've made mistakes. But in today's time majority of us don't get a chance to correct our mistakes, or not even given a second chance at life to fix our problems. We are not perfect. In Samuel's case I truly believes his deserves another chance or maybe a lighter sentence to quickly get himself back onto the right path. Your Honor I was reading the bible and I read the book of Romans 7:14 AND IT STATED We know that the law is spiritual but I am unspiritual sold as a slave to sin. It says I do not understand what I do For what I want to do I do not, but what I hate I do And if I do what I do not want to do I agree that the law is good. That spoke to me and I know it speaks to others. Your Honor I am praying and pleading for a lighter sentence. No sentence will be great but it's in God and your hands.

THANK YOU
Ofc. Robert E. PATTERSON

sentence, as much as possible for those lives that Samuel Vinton has came into presence with.

Thank-you in advance!

Respectfully Your[s]

x [signature]

Lashaun Holmes

209 Florida Av., N.W.
Washington, D.C. 20001
November 1, 2009

500 Indiana Av., N.W.
Washington, D.C.

Dear Judge Kessler,

Samuel Vinton is a good person. I have known him since I was 14 and we have been best friends ever since. He always had a job, and never got angry. When we attended Anacostia Seinor High, he gave me and some other friends a ride to school. He is also a good person because he helped me find a job, gave me good advice when I needed it, and took me to church with his family.

If he wasn't incarcerated, he would be with me, helping me through the hard times. My aunt just passed on 10/26 and he would be here for me. Please, don't give him such a harsh punishment because he is a good person at heart.

Jerod Poyter                Yours truly,
                            Jerod Poyter

Dear Judge Kessler,

My name is Alec Adkin
and, I am like an uncle
to Samuel Vinton I Have known
this young man since he was 3 y
old, I have watched him grow up
in his family's church. seeing
this young man grow up I have
never know him to be involved in
any criminal activity, even as
an adult to my knowledge he
was working on 2 or 3 jobs.
a talented musician, and still
a active member in vision of
Hope Baptize church.

P.S. Dear Judge on a personal no
if you could see it in your
Heart, to give this youngman
some leanusee. pleas take
in concederation that he plays a
very important part in this church
and other peoples life

Thank you
Alec Ad

8-GK   Document 59-2   Filed 11/14/200

Dear Judge Kessler,

　　My name is Rian Hardy, I am Samuel Vinton's cousin. I have known Junior, as we call him, all of my life, and I know with great confidence that Junior is not the person he is being portrayed as. He has always been loving and caring person since I can remember. He attends church every Sunday, he's the pianist/organist, and also plays the drums. He is a huge part of my family and I *believe he is not a threat to society. I think at the most his sentencing should be* house arrest, because if he did commit any crime I believe everyone deserves a second chance.  Thank you for taking the time out to read my letter.

Sincerely,

Rian Hardy
Rian Hardy

October 14, 2007

Honorable Judge Kessler
~~United States District Court~~
333 Constitution Ave NW
Washington, DC  20001

Dear Honorable Judge Kessler,

*I am writing this letter on behalf of Samuel Vinton, a defendant in your court. I am writing because this young man has always been active member in the church, and over the years, he has worked very hard in our community. My family and I believe his conviction and subsequent sentencing is unjust.*

*I have known Samuel Vinton for all of his life and he has always appeared to be an asset to the church family. He, for the most part, has been known to assist the seniors and help wherever assistance was needed. It is very difficult for most of us to believe that Samuel could be involved in negative behavior.*

Ultimately, we are asking that you take his positive community involvement in to consideration while considering sentencing for Samuel Vinton.

We thank you in advance for your time in consideration.

Sincerely,

Lynette F. Harris-Hardy

Reginald A. Hardy, Sr.

Dear Judge Kessler,                                              October 22, 2007

M_____ is Carmena Ford; I work for a nonprofit association in the name of Volunteers of America Chesapeake Program. This program is located in Fairfax, Virginia. I have known Samuel Vinton for five years; we have worked together for 2 of those years at Red Lobster located at 5051 Auth Way Suitland, MD 20746 Phone Number (301) 423-3715.

Samuel Vinton goes by the name Blue. Blue and I call each other brothers and sisters. That is just a bond that we have for each other. Blue is a wonderful and talented person, he is also the leader of the band in which he plays for called High Energy. Whenever Blue plays my friend and I will always go out to support Blue and the band. For the time period of which I have known Blue, he has never bought any negative energy or vibes around me. Blue is a very honest and respect young black male. He is known for his great smile, his singing and his work ethnic of working hard and he has even taken on other colleagues work schedule for when he or she couldn't make it in to work, Blue will stay and work that extra shift with no questions asked. Everyone who knows Blue always have positive and great things that compliments Blue as a person.

Judge Kessler, I'm asking that if you can, can you please grant Samuel Vinton another chance in life in continuing to be a wonderful person that he is to come home with his family and friends. We miss Blue so very much at home, playing in the band and we truly miss his smile.

Sincerely,

Carlena Ford

My name is Rebecca

DEAR JUDGE KESSLER,

MY NAME IS CHIANNE JACKSON. I
HAVE KNOWN THE DEFENDENT SAMUEL
VINTON FOR THREE YEARS. HE HAS BEEN
LIKE A BIG BROTHER TO ME. I WOULD
LIKE TO REQUEST THAT HE BE ALLOWED
A LIGHT SENTENCE MAYBE WEEKEND JAIL
OR PROBATION. HE'S A REALLY NICE GUY
AND HE HAS A GOOD HEART. I MISS HIM

THANK YOU,
Chianne M. Jacks

Dear Judge Hester

My name is Khury Jackson, and I am __ years old. Samuel Vinton has been my friend for three years. At first I didn't want to go to church but then I met Samuel and I started to like it. He has been like my Big Brother. He showed me that it was cool to be somewhere besides the streets. That meant a lot to me. Through music making at the studio and time at church we have developed a close bond, that's why I would like to request a light sentence like maybe house arrest.

Thank You

Dear Judge Kessler.

My name is Karen Jackson, I am a member of The Vision of Hope Baptist Church. For three (3) years I have known Samuel Vinton and we have become close friends. Although it has been a short while I can truely say that it has been a blessing to know him, He is one of the kindst, well mannered and loving men I've ever met. He is one of the few young men at our church and an inspiration to those in our community. For that reason I ask on his behalf that you consider a sentence that does not include jail time, but maybe probation or entering a half way house.

Thank You
Karen M. Jackson

Dear Your Honor Judge Kessler,

I, Tracey Cunningham on behalf of Samuel Vinton, Jr., have known him for about 7-years since joining Vision of Hope Baptist Church. He participates in the Music Ministry in playing drums and piano for various choirs. He also participates in the Men's Chorus. He has been a good person in his church as well as in his community.

By him being a good citizen in the community and church, maybe a little leniency should be taken in consideration.

Respectfully yours,

*Tracey Cunningham*

Tracey Cunningham

Judge Kessler,

My Name is Frances Morehead, A 71 yr. old Victim of Stroke. Samuel Vinton helps me move in and around the church his grandparents Past I've known Samuel (Junior) since his boyhood so when he saw I Needed help he was Right there with A Smile and helpful Arms. I sure miss his help and his Musical talent.

I would Like to Respectfully Ask for some Manor of Release, so As to Satisfy his Legal Obligations, and his Contributions to The Neighborhood and church.

Thank you!
Frances M. Morehead

Frances Morehead
4655 Davis Ave
Suitland MD 20746

My name is Randall Williams, this letter is
in reference to Samual Vinton, by relashion
he is my cousin as well as choir membe
ve been knowing Samuel Vinton for all o
my life, through the church and outside
of the church, we sing in the choir tog
nd we are also in the music ministry,
he's a very good person, and a very g
heart, everyone makes mestakes, this lett
to ask that hopefully and god willin
hat we can get his sentence reduced
ouse arrest, he's a very good person, a
s family loves him with all our hearts
ying to cope with this has taken a to
n the family, with your good graces an
od willing hopefully you will make a

am asking can you make a dece
of releasement for Samuel Vinto
I am his niece and im asking fo
forgiviness for my uncle. He is a very
thing friend and uncle. He will do fo
than being in the slammer, and
promise you that he will not be
the position that he is in right n
I love him with the bottom of my hea
and he will always fill like a father to
He took care of my things like in so
ions doing hard times for example
I am doing homework when people ar
doing something else. My uncle is a po
of the family, and when a family mem
gone somewhere the family is down
he returns things like the family wi
up. Please send him home Please P

Dear Judge Kessler
My Name is Clara Saula
Samuel Vinton is my Cousin
I have known him all of his life
He is one of My Favorite Cousin
I Request House arrest. Please.

Thank you
Mrs Clara Saula

November 3, 2007

Honorable Judge Kessler
United States District Court
333 Constitution Avenue, NW
Washington, DC  20001

Dear Honorable Judge Kessler,

I never have dreamed, visualized or imagined that I would have ever written to anyone of your caliber under any circumstances in my lifetime.  Writing this letter is one of the most difficult task I ever encountered.

My name is Hazel Vereen Hardy, Samuel's grandmother, friend and pastor.  I have known him since birth.  I was his baby sitter, attended most of his PTA meetings, baseball games (sometimes I played with him), attended his Karate classes and tournaments.  I was there when he played his favorite musical instrument, the drums, sang in the choir, played the piano and organ.  I was there for his choir rehearsals and  when he performed in many churches in D.C., Eastern High School, Howard University, University of the District of Columbia, Maryland, Virginia, Pennsylvania, New York, Detroit, Michigan, North and South Carolina, Georgia and also sang a full concert at King's Dominion and accompanied him to and from camp in Linden, Virginia.

Your Honor, I will soon be 79 years old.  Seeing Jr. going to jail and saying goodbye to him crushed my spirit and broke my heart because I could always depend on him. Every morning before leaving for work, he would take the time to say, "Good Morning, Nana. I love you. Is there anything that I can do for you before I go to work," kiss me and said goodbye.

Jr. is not a bad young man.  He has been exposed to and taught positive things all his life.  He is honest, faithful, dependable and if anyone has a desperate need, he is among the first to respond.  He worked two jobs and was trying to produce a CD.

If I had one idea that he was a menace to society, I would empathetically tell you to let him remain in jail.  I have seen a vast change in him.  I believe that he will be a great access and role model for the young people in the community, society, other areas of DC and the world.

I know both you and I are tired of seeing so much crime occurring in DC every day and also in the world.  However, if you will kindly put him on house arrest or probation and place him in my care, the confidence that I have in him is that I will take full responsibility of his future actions as long as I live so help me God.

I am begging you, your Honor, to have mercy on Jr.  Please do not let my grandson remain in jail any longer in that gruesome environment and among those unpredictable mindset of some of the

people that I saw there so he can continually help me feed the hungry, clothing the naked and finish establishing a safe haven for young people to come off the street on Friday nights and endeavor to teach them that crime does not pay.

3-GK     Document 59-2          Filed 11/14/200

May God give you eternal peace, happiness and longevity.

Respectfully yours,

H. Vereen Hardy

# VISION OF HOPE BAPTIST CHURCH

**3214-3216 D Street, Southeast**
**Washington, DC  20019**
**REV. H. VEREEN HARDY, Founder and Pastor**
Telephone: (202) 575-4809
Email: VOHBC773@aol.com

---

Rev. Samuel Hardy,
Co-pastor

Rev. Dorothea Pickett,
Assistant Pastor

Evang. Toni Wood,
Associate Minister

Sis. Clara Faulk,
Chairman, Trustee Board

Sis. Gloria Harris,
Chairman, Board of Directors

Bro. Tracey Cummingham,
Chairman, Deacon Board

Sis. LaTasha Morgan,
Corresponding Secretary

Sis. Dorothy Vinton,
Recording Secretary/
Minister of Music

Sis. Teresa Joshua,
President, Missionary Board

Sis. Deloris Massey,
President, Usher Board

November 2, 2007

To the Honorable Judge Kessler,

We, the members of the Vision of Hope Baptist Church, are extremely sorrowful after having heard that Samuel Vinton had been put in jail. The Sunday after his incarceration, our whole church service was a equivalent to that of a funeral. Some of the young people were so overcome with grief that they left church and some of the others went outside and wept. People were asking the pastor, "Why was it so sad in here today." After telling them, they started crying.

Jr. was always at church before time making sure that the sound system was in tact and the TV lights were in the right position and the TV camera was in focus. One lady comes to church by Metro Access and Jr. was always available to roll her into the building. He was very vigilant and anything he saw needed to be done, he did not wait for someone to ask him to do it, he did it himself.

Your Honor, Samuel has too much talent to let die in jail. Kindly allow him to use his God given gifts in a positive way to help others in any way that you deem necessary.

May God bless and keep you in good health.

Respectfully yours,

The Board of Directors, Pastors,
and Members of the Vision of Hope
Baptist Church

October 30, 2007

Dear Honorable Judge Kessler:

It is with heartfelt regret that I write this letter on behalf of my son, Samuel Vinton, whom I love very deeply. Not that he is a bad person, but that the situation brings all of us to this humble moment in our lives.

Since he was born, Samuel has been a delight to me. His jovial smile and mile temperament made him an easy child to raise. As a young man, he always worked hard for whatever he wanted in life. Samuel has always had a job, sometimes working two jobs at the same time that kept him very busy. As a younster, he worked in his father's tire shop and later, he worked for Eastern Motors and Red Lobster.

His love of music came earnestly since music was a very important part of his family's life. Everyone either plays an instrument, sings in the choir or both, and Samuel does both. At the age of two, he sang in the youth choir of our church. Soon, he discovered the drums and organ that he plays to me most proficiently. Before his incarceration, Sam was recording CD's and performing in concerts around the city. His goal was to attend college, become a rap artist and perhaps a producer that eventually came to fruition.

I feel that Samuel does not deserve to be jailed. He came from a good, Christian, middle-class home and is not a "product of the streets" that would entitle him to be labeled a "drug-dealer." He is not a flight risk nor a menace to society. Helping a friend has gotten him into trouble and I believe Samuel has learned that everyone is not a friend. He prays often, has read the bible from cover-to-cover, and is asking God to make the right decision for his life.

Now I am asking you, Judge Kessler, to give Samuel no prison time or probation. I can not stress enough that he truly is not a bad person and does not deserve to be made an example to others. Believe me when I say that if he were a harden criminal, I would not write, visit or send him anything because I do not condone that type of behavior and he knows that it is true.

Samuel is sorely missed by everyone, especially me since he is my one and only son. I am not in the best of health and whenever I need him, he is always there to help me. I can only lean now upon the mercies of God and on you, Judge Kessler, to decide his fate. May God help you to make the right decision.

Sincerely yours,

*Dorothy Hardy-Vinton*

Dorothy Hardy-Vinton

October 30, 2007

The Honorable Judge Kessler
The District Court of the United States

Dear Judge Kessler,

The members of the VOH Specials are deeply sadden to hear that Samuel Vinton has been arrested. A low cloud has lingered over the choir and instrumental section ever since he left. People have walked out because of the overwhelming heaviness of missing his presence. Many tearful encounters have pursued even to this day because he is sorely missed.

Sam has been a member of the Specials since the age of two years old and is still a viable charter member today. Since that time, he has been a great influence to the young aggregates of our church.

Sam is a great musician who works tirelessly without complaining, always willing to help in any way and is always on time. He plays the organ, piano, and the drums as well as sings in the choir when the situation arises. His talents are not only confined to our church but encompasses several parts of the country, such as King's Dominion in Doswell, Va.; Howard University; the University of the District of Columbia; Eastern Senior High School; Fort Belvoir, Virginia (and other parts of Virginia); Maryland; the District of Columbia; New York; Detroit, Michigan; South Carolina; North Carolina; Pennsylvania; and other places.

Not only does Sam plays and sings, he also acts as the engineer correcting any lighting or augmenting the sound equipment in order to enhance our television presence. Sometimes, the camera is not focused or the way the lights are positioned affects the picture quality. Samuel is on the job adjusting and tweaking the knobs on the mixers to make our group look and sound professionally. We appreciate him for that.

Judge Kessler, we respectfully ask that such a multi-talented individual as he receive no jail time, or for the very least house confinement, in order for him to fulfill his musical obligations to his God, his church, his community and his choir.

Respectfully submitted,

*Todor Tisdale*

Todor Tisdale,
Vice-President

Judge Kessler
U.S. Supreme Court

Dear Judge Kessler:

My name is Tangela D. Williams and I have known Samuel Viton for about 4 going on five years now. I am a payroll administrator for the Freeman Co. I work at 9900 Buisness Park Dr Lanham Md, 20706 and the phone number here is 301-918-7947. I met Mr. Vinton while I was employed at Red Lobster in Temple Hills Maryland. In the time that I have known him we have developed a great friendship.

Samuel has always displayed a high degree of integrity, responsibility, and ambition. He is definitely a leader rather than a follower. In addition to Samuel's excellent workmanship he has proven his leadership ability by organizing a band called High Energy Band. His band has played all over the city and never has it ended in violence.

Samuel was always a great worker; he would pick up extra shifts daily. Everyone knew that you cold always count on him to take over a shift. He stands with good judgment and a mature outlook over all that maybe the thrown in his path.

Judge Kessler, I know you have people come before you everyday so why should this be any different you may ask? Samuel Vinton deserves another chance at being a successful young male in this world and right now he is at the mercy of the court. Can you please grant him a chance at his life of goals and dreams back?

Sincerely,

Tangela D. Williams

Dear Honorable Judge Keffler,

My name is Ryan Adams. I am CEO and head engineer at Spynehitaz Music Group Studios. I've known Samuel Vinton for about a year now; and he has been nothing less than exceptional to me as well as my family. The news of his arrest came as a huge shock to all of us here. During the course of the year, we've become quite close. We got together regularly for his weekly haircut, where we discussed music and religion. He always tried to get me to absorb the "word" at his church. Samuel is very active in his church; he played drums weekly for his church. Besides being active in church, he is a gifted songwriter. Samuel and I recently began prepping his gospel album. In this line of business, (recording engineering/music entertainment) it's very rare to find people that share the same love for music, spiritual upbringing, and family values; this is something special that we share.

On a more personal note, May 28, 2002 changed my life drastically; leaving me paralyzed from the chest down. Since my paralysis, Samuel has been a tremendous help to me personally. He has help make miscellaneous runs for my family and I, assisted in taking me to appointments, and encouraged me with the "word" of the gospel every chance he could. With that being said, Mr. Samuel Vinton is a special individual with a great spirit and talent.

Ryan Adams, CEO

Spynehitaz Music Group

Dear Judge Kessler,

I am one of the ministers at the church where Samuel Vinton is a member. I met Samuel Vinton about three years ago and I was very impressed to see a young man who is so faithful to God. Mr. Vinton is in church every Sunday. Mr. Vinton in one of the best musicians I have every met. I miss Samuel very much he is one of the first to arrive on Sunday morning to make sure everything is in order before church start. He is also very good with the youth in the church. Showing them how to play the instruments along with other things. Samuel is a very respectable young man and will do anything he can to lend a hand. I pray that Samuel can get a lighter sentence so that he can get back in church. We at Vision Of Hope Baptist church really miss him, and the youth in the church have always looked forward to his being around for them. If there is anything further that I can possibly do, please feel free to give me a call at 202-631-1929.

Sincerely,

Evg. Toni Wood

Dear Judge Kessler:

This letter is to advise you of my cousin Samuel Vinton's character. My name is Linda Faulk, I've known Samuel since he was born. He was born into a Christian family. He gave his life to Christ at a young age. Up until the time he was arrested, he was the drummer and member of the choir at the Vision of Hope Baptist Church. I am proud and honored to say he is my cousin. He is a young black male with integrity, character and ambition. If he is given an opportunity, I know he will be an asset to the community. I love my cousin and request he be permitted to stay home and not sent away from the family. I do not see the advantage of locking him away from us. We need him and I am sure he needs us. I pray you would find it in your heart to allow him home detention. Our family is very close and if Samuel is locked away it would be a loss. Every member of the body (family) is needed to form a whole.

I would like to thank you Judge Kessler for the opportunity to express my concern regarding my cousin Samuel Vinton. I know this is just one letter of the thousands you may read but truly it is from my heart. Again, thank you for taking into consideration Mr. Vinton be approved for home detention.

Sincerely,

Linda Faulk

October 15, 2007

Honorable Judge Kessler
United States District Court
333 Constitution Ave NW
Washington, DC  20001


Dear Honorable Judge Kessler,

    As a relative of Samuel Vinton, when I think of him only fond thoughts come to mind. I have only known him as the kind, generous, loving, cousin that would help my grandmother baby-sit me as a child. As I got older Samuel was like the older brother I never had. He would from time to time pick me up from school, take me to different social events, and he even escorted me to the prom once or twice. Although this may seem irrelevant, this guy is sentimental asset to my family.

    Samuel is an active member in the Vision of Hope Baptist choir. He also is one of the main musicians that fellowship with us every Sunday. He plays the piano and the drums at both morning and evening services, and he even helps serve Sunday dinner.

    An all around focused man, he has a very honorable reputation from past jobs. He is a well mannered employee, and is highly recommended by all of his previous bosses. Known as quick on his feet, and a keen thinker, he was an awesome investment in any business.

    At 27 years old, Samuel Vinton realized that he was running out of time, and reality began to set in that he needed to make ends meet so he could finally move out of his current situation. We all do crazy things, but rarely do we get a second chance. I am asking that you provide my cousin with that rare opportunity by sentencing him with either house arrest, or probation. Thanks you for your time

                                             Sincerely
                                             Reginald Hardy Jr

Honorable Judge Kessler,

My name is Rachel Hardy. I am a cousin of Samuel Vinton. When I think of him I think of him as a part of our immediate family. I have known him since I was very young. He would help the elderly members of our church family. He was always very kind to the elderly members of our church and we really miss him. In that case, I would so ever be grateful if you would reduce his sentence to a minimum or possibly house arrest. As I stated before, I really miss my cousin and I want him to come back home to us.

Sincerely,

Rachel Hardy