UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 06-298 (GK) |
| v. : | |
| : | |
| SAMUEL H. VINTON, : | |
| : | |
| Defendant. : | |

### UNITED STATES' MOTION TO CONTINUE SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to continue the sentencing hearing in this matter. In support of this motion, the undersigned submits the following:

1. Sentencing in this matter is currently scheduled for November 20, 2007 at 3:30 p.m.

2. The undersigned Assistant United States Attorney will be out of the office for a long-scheduled medical appointment at that time.

3. Defense counsel initially had no objection to a brief continuance of the sentencing in this matter, but later represented that defendant objects to a continuance to a day other than November 20, on the ground that he has called people to attend his sentencing and defendant does not think he can contact them all again in time to tell them of the new date. Defendant also represents through counsel that some people have taken off work for his sentencing.

4. The parties are available for sentencing in this matter on November 21 until 11:00 a.m.; November 28, between 11:00 a.m. and 3:00 p.m.; and November 29.

WHEREFORE, for the reasons stated above, the government respectfully requests that the sentencing hearing in this matter be continued.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                UNITED STATES ATTORNEY
                D.C. BAR NO. 489-610

BY:    ____*/s/ David P. Saybolt*____
                DAVID P. SAYBOLT
                Assistant United States Attorney
                Virginia Bar # 44518
                U.S. Attorney's Office
                555 Fourth Street NW, Room 4840
                Washington, DC 20530
                (202) 307-6080
                David.Saybolt@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 06-298 (GK)** |
| **v.** : | |
| : | |
| **SAMUEL H. VINTON,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the Government's Motion to Continue, and the record herein, it is this _____ day of _____, 2007, hereby

ORDERED, that the Government's motion is GRANTED. The November 20, 2007 sentencing hearing is vacated, and the new sentencing date is _____, 2007, at _____.

_____
Gladys Kessler
United States District Court Judge

Copies:

David P. Saybolt
Assistant U.S. Attorney

Nikki Lotze, Esq.
Counsel for defendant