UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 06-298 (GK) |
| v. : | |
| : | |
| SAMUEL H. VINTON, : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of the Government's Motion to Continue, and the record herein, it is this 19th day of Nov., 2007, hereby ~~denied~~

ORDERED, that the Government's motion is ~~GRANTED. The November 20, 2007 sentencing hearing is vacated, and the new sentencing date is _____, 2007, at _____.~~

*Gladys Kessler* (signature)
Gladys Kessler
United States District Court Judge

Copies:

David P. Saybolt
Assistant U.S. Attorney

Nikki Lotze, Esq.
Counsel for defendant