Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Criminal No. 06-CR-298 (GK) |
| SAMUEL VINTON | ) | |

FILED
NOV 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEAL

Name and address of appellant:   Samuel H. Vinton
PDID # 490-928 / DCDC# 311-845
Correctional Treatment Facility (CTF)
1901 E Street, SE
Washington, D.C.

Name and address of appellant's attorney:   APPEAL ATTORNEY TO BE APPOINTED

Offense:   PWID MDMA 21 USC 841(a)(1); Possession of a firearm during drug trafficking offense 18 USC 924(c)(1)(A)(i)

Concise statement of judgment or order, giving date, and any sentence:

judgment issued November 20, 2007, following jury verdict.

Name and institution where now confined, if not on bail:   Central Treatment Facility (CTF)

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

11/27/07
DATE

APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE   [ ]
CJA, NO FEE            [ ]
PAID USDC FEE          [✓]
PAID USCA FEE          [ ]

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | [ ] | [✓] |
| Has counsel ordered transcripts? | [ ] | [✓] |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | [ ] | [✓] |

RECEIVED
NOV 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Pd. # 455.00