UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal Case No. 06-298 (GK) |
| SAMUEL H. VINTON, JR., | : **FILED** |
| Defendant. | : DEC 2 0 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the Defendant's Motion for Leave to Proceed on Appeal *in forma pauperis* and the entire record in this case, it is this 20th day of December, 2007, hereby

**ORDERED**, that the Motion is **granted**.

*Gladys Kessler*
Gladys Kessler
United States District Judge