```
 1                  UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLUMBIA
     --------------------------X
 3   UNITED STATES OF AMERICA,     Docket No. CR 06-298

 4                    PLAINTIFF

 5        v.                       Washington, D.C.
                                   August 23, 2007
 6                                 12:45 p.m.

 7   SAMUEL H. VINTON,

 8                    DEFENDANT.

 9   --------------------------X

10        TRANSCRIPT OF JURY TRIAL - AFTERNOON SESSION
             BEFORE THE HONORABLE GLADYS KESSLER
11               UNITED STATES DISTRICT JUDGE

12   APPEARANCES:

13   For the Plaintiff:    GREENBERG TRAURIG LLP
                           By:  Ms. Precious Murchison
14                              Ms. Angela Schmidt
                           2101 L Street, N.W.
15                         Suite 1000
                           Washington, D.C.  20037
16                         202.331.8511

17   For the Defendant:    ROBERTS & WOOD
                           By:  Ms. Nikki U. Lotze
18                         Berkshire Building
                           6801 Kenilworth Avenue
19                         Riverdale, MD  20737
                           301.699.0764
20
     Court Reporter:       Catalina Kerr, RPR
21                         U.S. District Courthouse
                           Room 6716
22                         Washington, D.C.  20001
                           202.354.3258
23
     Proceedings recorded by mechanical stenography, transcript
24   produced by computer.

25
```

1          C O N T E N T S

2   TELEPHONE CONFERENCE.................................   3

3   JURY VERDICT.........................................   6

4   JURY POLLED..........................................   6

5   COURT REPORTER'S CERTIFICATE.........................  12

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1         (AUGUST 23, 2007; OPEN COURT; JURY DELIBERATIONS.)
 2             (PHONE CONFERENCE AT 12:45 P.M.)
 3             THE COURT:  Counsel, are you on?
 4             MS. MURCHISON:  Yes.
 5             MS. LOTZE:  Yes.
 6             THE COURT:  All right.  We are on the record,
 7   everybody.  United States versus Samuel Vinton, Criminal No.
 8   06-298.  Would counsel please identify themselves?
 9             MS. MURCHISON:  Good afternoon.  Precious Murchison
10   for the United States.
11             MS. LOTZE:  Good afternoon, Your Honor, Nikki Lotze
12   on behalf of Samuel Vinton.
13             THE COURT:  All right.  I did this with an
14   on-the-record phone call, everybody, because as you will see
15   from the note I'm about to read you, I really didn't think it
16   justified your coming all the way into court.  But, at the
17   same time, I wanted to let you know about it.
18             The note came in at 11:31.  There is sort of a
19   tangled history with the CSO, who didn't do what he was
20   supposed to do, in terms of getting us the note quickly.
21   That's the reason for the delay.  For the record, it's a
22   quarter of one at this point.
23             This is the note.  Paragraph 1.  (Reading) The jury
24   is going to lunch at 11:45 a.m. and come back at 1:00 p.m.
25             (Reading)  2.  If necessary, are we sitting on
```

```
 1  Friday to deliberate?
 2           That's a fair question from the jury.  I had told
 3  them we don't sit on Fridays.  This has been a short trial, as
 4  you well know, and I could not be here in the morning.  I have
 5  a really unbreakable commitment.  But if they had either notes
 6  or a verdict, I could get here by certainly 2:00 o'clock and
 7  probably by 1:30.
 8           MS. LOTZE:  All right.  I hate to say this, but you
 9  might recall a status hearing a month or so ago.  I had sought
10  leave of the Court to be excused on Friday, in the event that
11  we ran that long, because I'm going away to a wedding this
12  weekend, and I leave on Friday at 11:00 a.m.
13           THE COURT:  I see.  All right.  I didn't remember,
14  but I wouldn't have answered them without checking with
15  counsel, because I certainly did remember telling them that
16  ordinarily we don't sit on Fridays.  So I assume there's no
17  objection to my answering their note, because they're due back
18  from lunch shortly, and simply tell them that we will not be
19  sitting on -- that they will not be deliberating on Friday.
20  Is that agreeable?
21           MS. MURCHISON:  Yes, Your Honor.
22           MS. LOTZE:  Yes.  No objections.  Thank you.
23           THE COURT:  And can -- Ms. Lotze, can you waive
24  Mr. Vinton's presence, rather, on this conference call?
25           MS. LOTZE:  Absolutely, yes.  I would waive his
```

```
 1   presence.
 2           THE COURT:  All right.  Thank you very much,
 3   everybody.
 4           MS. LOTZE:  Thank you, Your Honor.
 5           MS. MURCHISON:  Bye.
 6           (JURY DELIBERATIONS CONTINUED.)
 7           (JURY PRESENT.)
 8           THE DEPUTY CLERK:  Please be seated and come to
 9   order.
10           THE COURT:  We are on the record in the United
11   States versus Samuel Vinton, Criminal No. 06-298.
12           Mr. Vinton is present as are counsel.  Counsel, at
13   3:55 p.m., we received a note saying, "We, the jury, have
14   reached a verdict."  And, of course, that's when I called you.
15   And so, therefore, we are ready to take the verdict at this
16   time.
17           Would the foreperson of the jury please stand and
18   just indicate your juror identification number or your seat
19   number for the record?
20           JUROR NO. 11:  Juror No. 11, Your Honor.
21           THE COURT:  No. 11?
22           JUROR NO. 11:  No. 11.
23           THE COURT:  All right.  Okay.  Sir, would you remain
24   standing, please?
25           JUROR NO. 11:  Yes, ma'am.
```

```
 1            THE COURT:  Is it correct that the jury has reached
 2   a verdict?
 3            JUROR NO. 11:  Yes, it is, Your Honor.
 4            THE COURT:  Is the verdict unanimous?
 5            JUROR NO. 11:  Yes, it is, Your Honor.
 6            THE COURT:  As to Count 1, unlawful possession with
 7   intent to distribute ecstasy, how does the jury find?
 8            JUROR NO. 11:  We, the jury, announce and return the
 9   following verdict.  With respect to Count 1, unlawful
10   possession with intent to distribute ecstasy, we, the jury,
11   find the Defendant, Samuel H. Vinton, guilty.
12            THE COURT:  With respect to Count 2, using,
13   carrying, and possessing a firearm during a drug trafficking
14   offense, how does the jury find?
15            JUROR NO. 11:  We, the jury, find the Defendant,
16   Samuel H. Vinton, guilty.
17            THE COURT:  Okay.  Thank you.  You may be seated.
18            Is there anything further?
19            MS. LOTZE:  Your Honor, we request a poll.
20            THE COURT:  You will remember, ladies and gentlemen,
21   I told you that either side or both sides together may request
22   a poll.  I'll follow the procedure that I outlined to you
23   yesterday.
24            Juror No. 1, are you in agreement with the verdict
25   just announced?
```

```
 1                   JUROR NO. 1:  I am.
 2                   THE COURT:  Juror No. 3, are you in agreement with
 3   the verdict announced?
 4                   JUROR NO. 3:  Yes, I am.
 5                   THE COURT:  Juror No. 4, are you in agreement with
 6   the verdict announced?
 7                   JUROR NO. 4:  Yes, I am.
 8                   THE COURT:  Juror No. 6, are you in agreement with
 9   the verdict announced?
10                   JUROR NO. 6:  Yes, I am.
11                   THE COURT:  Juror No. 7, are you in agreement with
12   the verdict just announced?
13                   JUROR NO. 7:  Yes, I am.
14                   THE COURT:  Juror No. 8, are you in agreement with
15   the verdict announced?
16                   JUROR NO. 8:  Yes, I am.
17                   THE COURT:  Juror No. 9, are you in agreement with
18   the verdict announced?
19                   JUROR NO. 9:  Yes, I am.
20                   THE COURT:  Juror No. 10, are you in agreement with
21   the verdict announced?
22                   JUROR NO. 10:  Yes, I am.
23                   THE COURT:  Juror No. 11, in your individual
24   capacity, not as foreperson, are you in agreement with the
25   verdict announced?
```

```
 1            JUROR NO. 11:  Yes, I am.
 2            THE COURT:  Juror No. 12, are you in agreement with
 3   the verdict announced?
 4            JUROR NO. 12:  Yes.
 5            THE COURT:  Juror No. 13, are you in agreement with
 6   the verdict announced?
 7            JUROR NO. 13:  Yes, ma'am.
 8            THE COURT:  And, Juror No. 14, are you in agreement
 9   with the verdict announced?
10            JUROR NO. 14:  Yes, ma'am.
11            THE COURT:  Ladies and gentlemen, this has been a
12   short trial but an important one, very important for all of
13   the people involved with it.  You have been an extremely
14   conscientious and responsible jury, and I appreciate that.
15   That's really why we were able, I think, to get the entire
16   trial accomplished in just four days.  And I also know it's
17   not easy being a juror.  It's an enormous responsibility, and
18   I think you-all have felt that, so I want to thank you on
19   behalf of everyone.
20            I had said initially, in my opening instructions,
21   that I will talk a little bit more about whether counsel could
22   talk with you or not at the end of the trial, and I don't know
23   counsel's wishes.  I haven't had a chance to talk with them
24   yet.  I always like to talk with my jurors for just a few
25   minutes, to see if there are things that were confusing or if
```

```
 1  there was any way in which they were treated unsatisfactorily.
 2  None of that is mandatory.  You are not required to talk with
 3  either me or with counsel.  And sometimes jurors just want to
 4  go home, because it's a tiring experience, and you are
 5  certainly free to do that.
 6            Those of you who are willing to talk for a few
 7  minutes, just stay, if you would, and wait in the jury room
 8  for a few minutes until I get back here.  And if counsel wants
 9  to join me later, they may.  But, as I say, that's up to you,
10  and you may do as you wish.
11            Is there anything further for the jury at this time?
12            MS. MURCHISON:  No, Your Honor.  Thank you.
13            MS. LOTZE:  No, Your Honor.
14            THE COURT:  All right.  Again, my thanks, ladies and
15  gentlemen.
16            (JURY NOT PRESENT.)
17            THE COURT:  At a minimum, we need to set some dates
18  at this point.  The presentence report on this case, we will
19  do on November -- I always give probation extra days,
20  everybody -- November 8$^{th}$.  And I will set sentencing the
21  week of the 19$^{th}$.  And what about Tuesday afternoon, the
22  20$^{th}$?  Would that be agreeable to counsel, in the afternoon?
23            MS. MURCHISON:  That's fine, Your Honor.
24            MS. LOTZE:  Yes.
25            THE COURT:  That will be at 4:15.  And sentencing
```

1  memos will be due so I can read them, as well, the 15th of
2  November by noon, please.
3         Are there any -- I just want to make sure counsel
4  knows one thing.  And that is there is a note that you'll get
5  copies of, when the jury only asked me the question did I want
6  them to sign the verdict form.  And I did respond to that note
7  simply with the word "yes."  Maybe, "Yes, please."
8         Is there anything else at this time from the
9  Government?
10         MS. MURCHISON:  No, Your Honor.  We're just asking
11  that the Defendant be held without bond pending sentencing.
12  And we have no further matters.
13         THE COURT:  And what was the last sentence you said?
14         MS. MURCHISON:  We have no further matters aside
15  from that.
16         THE COURT:  But you are asking that he be held
17  without bond?
18         MS. MURCHISON:  Yes, Your Honor.
19         MS. LOTZE:  Your Honor, I believe that Mr. Vinton's
20  really perfect compliance with the conditions of his release
21  rebuts the presumption that arises at this stage.  I mean,
22  he's come to every court appearance, he's diligently sought
23  leave of the Court with each small request to deviate in any
24  small way from his conditions of release.
25         He's faithfully appeared.  He's not violated any one

1    of his conditions and he did all of that knowing, obviously,
2    what the consequence would be if he were to lose.  So I think
3    he has rebutted the presumption, and I would ask that the
4    Court maintain him on his current status.  And the Court can
5    see that we have a courtroom filled with people who all care
6    very much what happens to Mr. Vinton, and they will ensure
7    that he returns to court as required.  And he's not given the
8    Court any indication that he would in any way not return to
9    court.
10             THE COURT:  Well, as you well know, statutory
11   standard after conviction is very different.  There is a
12   presumption of detention, that's No. 1.
13             No. 2, I certainly agree with you that, to my
14   knowledge, Mr. Vinton has been in compliance with all his
15   conditions of release, but that's not the standard.
16             And, No. 3, certainly one of the issues I must
17   consider is danger to the community.  Selling ecstasy is a
18   danger to the community.  And, therefore, the Defendant must
19   be detained pending sentencing.
20             Now, Counsel, I'm not urging you to do this at all.
21   If you want to talk for a very few minutes -- it's 25 till
22   5:00 -- to the jury, you may.  But I do like to talk to them
23   first, for five minutes at the most, but you're not required
24   to.  So let me ask the Government first, what's your
25   preference?

```
 1              MS. MURCHISON:  I would ask to, yes, Your Honor.
 2              THE COURT:  Ms. Lotze?
 3              MS. LOTZE:  Yes, Your Honor.
 4              And if I could just ask the Court to consider a
 5    halfway house placement as an alternative to jail placement
 6    pending sentencing.
 7              THE COURT:  No, I don't think the statute allows
 8    that request.
 9              All right.  People may be excused from now on, on
10    this case.  If counsel will wait a few minutes, then we'll
11    call you in as soon we are ready.
12              THE DEPUTY CLERK:  All rise.  This honorable court
13    is now in recess.
14              (END OF PROCEEDINGS AT 4:35 P.M.)
15                          *-*-*-*-*
16
17
18
19                     **CERTIFICATE OF REPORTER**
20              I, Catalina Kerr, certify that the foregoing is a
21    correct transcript from the record of proceedings in the
22
23
24    _____    _____
      Catalina Kerr                     Date
25
```